The People of the State of New York, Respondent, v Phillip Couser, Appellant. (And Another Appeal.)

Submitted July 27, 2015; decided August 27, 2015

Motion for assignment of counsel granted and Timothy P. Donaher, Esq., Monroe County Public Defender, 10 N. Fitzhugh Street, Rochester, New York 14614 assigned as counsel to the appellant on the appeals herein.

The People of the State of New York, Respondent, v Lennie Frankline, Appellant.

Submitted July 27, 2015; decided August 27, 2015

Motion for assignment of counsel granted and Seymour W. James, Jr., Esq., The Legal Aid Society, 199 Water Street, New York, NY 10038 assigned as counsel to the appellant on the appeal herein.

The People of the State of New York, Appellant, v Mark Garrett, Respondent.

Submitted June 29, 2015; decided August 27, 2015

Motion for reargument denied [see 23 NY3d 878 (2014)].

The People of the State of New York, Respondent, v Stanley Hardee, Appellant.

Submitted July 13, 2015; decided August 27, 2015

Motion for assignment of counsel granted and Robert S. Dean, Esq., Center for Appellate Litigation, 120 Wall Street, 28th Floor, New York, NY 10005 assigned as counsel to the appellant on the appeal herein.